| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Setai 3509, LLC<br>Setai 1908, LLC<br>**Jointly Administered** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | 16-20014 |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders For Setai 1908, LLC

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Department of Revenue**<br>5050 W Tennessee St<br>Tallahassee, FL 32399 | | | | | | $0.00 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>POB 7346<br>Philadelphia, PA 19101 | | | | | | $0.00 |
| **Setai Venture, LLC**<br>c/o Bloom Office, LLC<br>575 Madison Ave., 10th Floor<br>New York, NY 10022 | | 101 20 Street, Unit 1908,Miami Beach, FL 33139 | | $6,202,611.44 | $4,250,000.00 | $3,704,871.10 |